Decided May 31, 2011

### OSMAN ASIF *v.* COMMISSIONER OF CORRECTION

The petitioner Osman Asif's petition for certification for appeal from the Appellate Court, 127 Conn. App. 599 (AC 31368), is denied.

*Michael D. Day,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided May 31, 2011

### KENNETH W. CLARK *v.* MARY ANN CLARK

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 148 (AC 31527), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.